JUDGE DANIELS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :   INDICTMENT

    -v.-                          :

LINCOLN THOMAS,                   :
   a/k/a "Osborne Thomas,"           08 CRIM 468
               Defendant.
                         :
- - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

From at least in or about May 2006, up to and including May 6, 2008, in the Southern District of New York and elsewhere, LINCOLN THOMAS, a/k/a "Osborne Thomas," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter and was found in the United States, after having been removed from the United States, on or about September 8, 1993, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about March 5, 1987, for Criminal Sale of a Controlled Substance in the Third Degree, in violation of New York Penal Law 220.39, in New York Supreme Court, Kings County, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____      _____
FOREPERSON                                              MICHAEL J. GARCIA
                                                                     United States Attorney

Indictment Filed. Case assigned to Judge Daniels for all purposes. ELLIS, SMITH