UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA : ORDER

    -v- : 08 CR. 468 (GBD)

LINCOLN THOMAS, :
  a/k/a "Osborne Thomas,"
                               :
        Defendant.
                               :
- - - - - - - - - - - - - - - - - - -X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

       Upon the application of the United States of America, by and through Michael J. Garcia, United States Attorney, Glen Kopp, of counsel, it is hereby ORDERED that the pretrial conference that was adjourned on July 10, 2008 will be rescheduled for July 29, 2008 at 10:00.

       The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit counsel for the defendant to consult with her client to discuss a possible plea. Accordingly, it is further ORDERED that the time between July 10, 2008 and July 29, 2008 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated: New York, New York
       July 25, 2008

JUL 25 2008

                                        _George B. Daniels_
                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE
                                      HON. GEORGE B. DANIELS